2021R00581/GMB/PAL/fk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Evelyn Padin, U.S.D.J. |
| v. | : | Crim. No. 24-cr-313 |
| RAYMOND HAYNES, | : | ABANDONMENT AND WAIVER OF RIGHTS TO CERTAIN SEIZED PROPERTY |
| Defendant. | : | |

WHEREAS, on our about 5/9/2024, pursuant to a plea agreement, defendant Raymond Haynes pleaded guilty to a two-count Information which charged him with, possession of ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) (Count One), and possession with intent to distribute fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Count Two);

WHEREAS, defendant Raymond Haynes agrees to forfeit and abandon to federal, state, and/or local law enforcement all of his right, title, and interest in the following property belonging to him:

1. one black Polymer 80 firearm;

2. nine (9) hollow-point rounds of ammunition; and

3. approximately $2,644.00 in United States currency

(collectively, the "Specific Property");

WHEREAS, defendant Raymond Haynes waives, abandons, and surrenders all of his right, title, and interest in the Specific Property; will not

challenge in any way his waiver, abandonment, and surrender of the Specific Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Specific Property by federal, state, and/or local law enforcement; and

WHEREAS, defendant Raymond Haynes further agrees that this Abandonment and Waiver of Rights is final and unappealable.

ORDERED this ___ day of _____, 2024.

_____
HONORABLE EVELYN PADIN
United States District Judge

The undersigned hereby consent to
the form and entry of this Order:

PHILIP R. SELLINGER
United States Attorney

/s/ George M. Barchini                                    Dated: 5/1/2024
By:  GEORGE M. BARCHINI
     Assistant United States Attorney

_____                            Dated: 5/9/2024
DAVID A. HOLMAN, ESQ.
Attorney for Defendant

_____                            Dated: 5/9/2024
RAYMOND HAYNES, Defendant